| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>NOMINATION FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Jones, Steve C. | 2. Court or Organization<br><br>United States District Court, Northern District of Georgia | 3. Date of Report<br><br>07/19/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>United States District Judge | 5a. Report Type (check appropriate type)<br><br>☑ Nomination,  Date 07/14/2010<br>☐ Initial  ☐ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>06/19/2010 |
| 7. Chambers or Office Address<br><br>325 E. Washington Street, Room 580<br>P.O. Box 1623<br>Athens, Georgia 30603 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Superior Court Judge (for the Western Judicial Circuit) | State of Georgia/Superior Courts of GA |
| 2. Superior Court Judge (for the Western Judicial Circuit) | Unified Government of Athens-Clarke County, GA |
| 3. Superior Court Judge (for the Western Judicial Circuit) | Oconee County Government, GA |
| 4. Director | University of Georgia Alumni Association |
| 5. Director | . Athens Academy |
| 6. Member, Board of Trustees (without control over investment assets) | Piedmont College |
| 7. Director | Athens First Bank & Trust |
| 8. Director | Salvation Army |
| 9. Director | Hope Haven |
| 10 Director | Girl Scouts of Historic Georgia |
| 11 Director | Boy Scouts of Northeast Georgia |
| 12 Director/Chairman | Athens Area Community Foundation |
| 13 Advisor | UGAHEROs |
| 14 Advisor | Mercy Health Clinic |
| 15 Member, Board of Visitors | Riverside Military Academy |
| 16 Director | Bread For Life |

## II. AGREEMENTS. *(Reporting Individual only; see pp. 14-16 of filing Instructions.)*

☐     NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|------|-------------------|
| 1. 1995 | Steve C. Jones & Georgia Judicial Retirement System, pension upon age 60 and minimum 16 years of service |
| 2. 1978 | Steve C. Jones & Unified Government of Athens-Clarke County, pension upon retirement at age 62 |
| 3. | |

# FINANCIAL DISCLOSURE REPORT
Page 3 of 9

Name of Person Reporting

Jones, Steve C.

Date of Report

07/19/2010

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Athens First Bank & Trust Company -- Director Fees | $4,875.00 |
| 2. 2010 | Superior Courts of Georgia -- salary | $32,565.00 |
| 3. 2010 | Unified Government of Athens-Clarke County -- salary supplement | $10,622.00 |
| 4. 2010 | Oconee County Government -- salary supplement | $6,508.00 |
| 5. 2009 | Athens First Bank & Trust Company -- Director Fees | $10,975.00 |
| 6. 2009 | Superior Courts of Georgia -- salary | $66,083.00 |
| 7. 2009 | Unified Government of Athens-Clarke County -- salary supplement | $21,402.00 |
| 8. 2009 | Oconee County Government -- salary supplement | $13,016.00 |
| 9. 2008 | Athens First Bank & Trust Company -- Director Fees | $10,975.00 |
| 10. 2008 | Superior Courts of Georgia -- salary | $64,694.00 |
| 11. 2008 | Unified Government of Athens-Clarke County -- salary supplement | $20,638.00 |
| 12. 2008 | Oconee County Government -- salary supplement | $12,706.00 |
| 13. 2008 | Speech Honoraria | $900.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | self-employed seamstress |
| 2. 2010 | Clarke County School District -- compensation |
| 3. 2009 | self-employed seamstress |
| 4. 2009 | Clarke County School District -- compensation |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. EXEMPT | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children: see pp. 28-31 of filing Instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase Bank | mortgage on rental property #1 (Athens, GA, Part VII, line 1) | L |
| 2. Athens First Bank & Trust | line of credit on rental property #1 (Athens, GA, Part VII, line 1) | K |
| 3. Wells Fargo | mortgage on rental property #2 (Athens, GA, Part VII, line 2) | L |
| 4. Athens First Bank & Trust | unsecured line of credit | K |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Steve C. | 07/19/2010 |

## VII. INVESTMENTS and TRUSTS -- *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. rental property #1, Athens, GA, 1988, $64,000 | D | Rent | M | R | Exempt | | | | |
| 2. rental property #2, Athens, GA, 1989, $37,500 | D | Rent | M | R | Exempt | | | | |
| 3. rental property #3, Compton, CA, 1987, apprx $35,000 | D | Rent | N | R | Exempt | | | | |
| 4. Athens First IRA (cd holdings) | A | Interest | J | T | Exempt | | | | |
| 5. Total System Services -- common stock | A | Dividend | J | T | Exempt | | | | |
| 6. Synovus Financial Corp -- common stock | A | Dividend | J | T | Exempt | | | | |
| 7. Commercial Bank -- CD | A | Interest | K | T | Exempt | | | | |
| 8. Ga. Peach State Reserves 457-plan- 100% ING Stable Value Fund | D | Interest | M | T | Exempt | | | | |
| 9. VALIC (IRA) | | | | T | Exempt | | | | |
| 10. -VALIC Stock Index Fund (VSTIX) | B | Interest | K | T | Exempt | | | | |
| 11. -Vanguard Windsor II (VWNFX) | C | Interest | K | T | Exempt | | | | |
| 12. - VALIC Mid Cap Index Fund (VMIDX) | C | Interest | K | T | Exempt | | | | |
| 13. - VALIC Small Cap Value Fund (VCSVX) | C | Interest | K | T | Exempt | | | | |
| 14. - VALIC Int'l Equities Fund (VCIEX) | B | Interest | K | T | Exempt | | | | |
| 15. -VALIC Int'l Small Cap Equity Fund (VISEX) | A | Interest | J | T | Exempt | | | | |
| 16. -VALIC Fixed Account Plus | C | Interest | L | T | Exempt | | | | |
| 17. -Vanguard LT Inv. Grade Fund (VWESX) | C | Interest | K | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Steve C. | 07/19/2010 |

# VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Athens First Bank & Trust account | | None | J | T | Exempt | | | | |
| 19. Clarke Co Bd of Ed 457 Plan-100% Fixed Account Plus Fund | B | Interest | L | T | Exempt | | | | |
| 20. ING ReliaStar - Annuity | B | Interest | K | T | Exempt | | | | |
| 21. Invesco Large Cap Growth Fund | A | Dividend | J | T | Exempt | | | | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |
| 24. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I.(3) positions: I am a member of the Board of Trustees for Piedmont College. This position is equivalent to serving as a member of a Board of Directors. I have no control over investment assets of Piedmont College.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT
## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 15 | 682 | Notes payable to banks-secured | | 63 | 879 |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | 29 | 148 |
| Listed securities—see schedule | | 8 | 957 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable — see schedule | | 298 | 881 |
| Real estate owned—see schedule | | 880 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 90 | 000 | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets itemize: | | | | | | | |
| Retirement Accounts—see schedule | | 576 | 750 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 391 | 908 |
| | | | | Net Worth | 1 | 179 | 481 |
| Total Assets | 1 | 571 | 389 | Total liabilities and net worth | 1 | 571 | 389 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | NO | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | YES | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | NO | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |